## STATE OF CONNECTICUT *v.* DWIGHT G.

The defendant's petition for certification for appeal from the Appellate Court, 123 Conn. App. 760 (AC 30670), is denied.

*Todd A. Bussert*, special public defender, in support of the petition.

*Richard K. Greenalch, Jr.*, special deputy assistant state's attorney, in opposition.

Decided November 4, 2010

## JOAQUIN GUDINO *v.* COMMISSIONER OF CORRECTION

The petitioner Joaquin Gudino's petition for certification for appeal from the Appellate Court, 123 Conn. App. 719 (AC 30801), is denied.

*Paul R. Kraus*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided November 4, 2010

## KENNETH P. MEAGHER ET AL. *v.* DONNA DIACRI ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 123 Conn. App. 707 (AC 31155), is denied.

*Norman J. Voog* and *Christopher J. Molyneaux*, in support of the petition.

*Kenneth P. Meagher*, in opposition.

Decided November 4, 2010